UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ONEIL RECARDO COLLINS,
A# 040-388-266

    Petitioner,

v.                                        4:16cv224–WS/CAS

LORETTA LYNCH, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 25) docketed January 3, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is hereby DENIED.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this     31st     day of     January    , 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE